**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Miguel Francisco SANDOVAL–LOPEZ, a.k.a. Pedro Zafra, Defendant— Appellant.**

**No. 11–30032.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Oct. 27, 2011.

Pamela Jackson Byerly, Assistant U.S., Matthew F. Duggan, Assistant U.S., Office

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Karen Suzette Lindholdt, Spokane, WA, for Defendant–Appellant.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Miguel Francisco Sandoval–Lopez appeals from his jury conviction for being an alien in the United States after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Sandoval–Lopez contends that his counsel was ineffective by failing to object to his appearance at trial in jail clothing. We decline to review this claim on direct appeal because the record is insufficiently developed and the legal representation was not so inadequate that it obviously denied Sandoval–Lopez his Sixth Amendment right to counsel. *See United States v. Benford,* 574 F.3d 1228, 1231 (9th Cir. 2009). Accordingly, we affirm the district court's judgment without prejudice to Sandoval–Lopez raising this issue in a collateral attack on the conviction pursuant to 28 U.S.C. § 2255.

**AFFIRMED.**

See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.